**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 96-7294

———————————

MICHAEL O. BILLINGTON,

Petitioner - Appellant,

versus

RONALD W. ANGELONE, Director, Virginia Depart-
ment of Corrections,

Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Richard L. Williams, Senior
District Judge.   (CA-95-568)

———————————

Submitted:  June 30, 1998          Decided:  July 16, 1998

———————————

Before MURNAGHAN and NIEMEYER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Gerald Thomas Zerkin, GERALD T. ZERKIN & ASSOCIATES, Richmond, Vir-
ginia, for Appellant.  Leah Ann Darron, Assistant Attorney General,
Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael O. Billington seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998)). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Billington v. Angelone, No. CA-95-568 (E.D. Va. Jan. 4 and July 26, 1996). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We also deny Billington's motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2